**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Jaime CISNEROS, Defendant–**
**Appellant.**

**No. 15–40816**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

March 16, 2016.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Yolanda Evette Jarmon, Esq., Law Office of Yolanda Jarmon, Houston, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, ELROD, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Jaime Cisneros has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Cisneros has filed several responses. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Cisneros's responses. We concur with counsel's assessment that the appeal presents no non-frivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Cisneros's motions to withdraw counsel's *Anders* brief, to have counsel file an appropriate brief showing clear and specific facts of the case, to remand the case, and to compel counsel to file an appropriate brief are DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.